# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

No. 23-1802     **Short Title:** US, et al v. American Airlines Group Inc., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__American Airlines Group Inc.__ as the

[✓] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

s/ Daniel M. Wall                         January 29, 2024
Signature                                 Date

Daniel M. Wall
Name

Latham & Watkins LLP                      (415) 391-0600
Firm Name (if applicable)                 Telephone Number

505 Montgomery Street - Suite 2000        (415) 395-8095
Address                                   Fax Number

San Francisco, CA 94111                   danielmwallesq@gmail.com
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1209627

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).