No. 23-1802

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES; STATE OF ARIZONA; STATE OF CALIFORNIA;
DISTRICT OF COLUMBIA; STATE OF FLORIDA; COMMONWEALTH OF
MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA;
COMMONWEALTH OF VIRGINIA,
PLAINTIFFS-APPELLEES,

v.

AMERICAN AIRLINES GROUP INC.,
DEFENDANT-APPELLANT,

JETBLUE AIRWAYS CORPORATION,
DEFENDANT.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MOTION OF STATE APPELLEES TO WAIVE APPEARANCE AT ORAL
ARGUMENT AND CEDE ARGUMENT TIME TO THE UNITED STATES**

The State plaintiffs-appellees in this case—Arizona, California, the District of Columbia, Florida, Massachusetts, Pennsylvania, and Virginia—respectfully waive their appearance at oral argument before this Court on June 3, 2024, and ask that the entire 15 minutes allotted to appellees for oral argument be ceded to plaintiff-appellee, the United States, represented by Daniel E. Haar.

There is good cause for the requested relief. The State and Federal appellees' interests in this matter are aligned and their arguments in support of the judgment below are identical, as evidenced by their joint response brief filed on March 6, 2024. Counsel for the United States, Daniel E. Haar, will therefore adequately represent the interests of the State plaintiffs-appellees at oral argument in this case.

Accordingly, the State plaintiffs-appellees respectfully request that this Court waive their appearance at oral argument and cede all time allotted for appellees' argument to the United States.

| | |
|---|---|
| May 2024 | Respectfully submitted, |
| | ANDREA CAMPBELL<br>*Attorney General* |
| | *s/ William T. Matlack*<br>WILLIAM T. MATLACK<br>(MA Bar No. 552109) |
| | Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200<br>William.Matlack@mass.gov |
| | *Counsel for Plaintiff-Appellee*<br>*Commonwealth of Massachusetts* |
| | KRISTIN K. MAYES<br>*Attorney General* |
| | *s/ Robert Bernheim*<br>ROBERT BERNHEIM<br>(AZ Bar No. 024664) |

Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
(520) 628-6507
robert.bernheim@azag.gov

*Counsel for Plaintiff-Appellee State of Arizona*

ROB BONTA
*Attorney General*

*s/ Robert B. McNary*
ROBERT B. MCNARY
California State Bar No. 253745
JAMIE L. MILLER
300 South Spring Street, Suite 1702
Los Angeles, California 90013
(213) 269-6283
robert.mcnary@doj.ca.gov

*Counsel for Plaintiff-Appellee State of California*

BRIAN SCHWALB
*Attorney General*

*s/ Caroline S. Van Zile*
CAROLINE VAN ZILE
Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609 (office)
(202) 793-0094 (fax)
Caroline.VanZile@dc.gov

*Counsel for Plaintiff-Appellee District of Columbia*

ASHLEY MOODY
*Attorney General*

*s/ Colin G. Fraser*
COLIN G. FRASER (FL Bar No. 104741)

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3300
Colin.Fraser@myfloridalegal.com

*Counsel for Plaintiff-Appellee State of Florida*

MICHELLE A. HENRY
*Attorney General*

*s/ Jennifer A. Thomson*
JENNIFER A. THOMSON
(PA Bar No. 89360)

Pennsylvania Office of Attorney General
Antitrust Section
14th Floor Strawberry Square
Harrisburg, PA 17120
(717) 787-4530
jthomson@attorneygeneral.gov

*Counsel for Plaintiff-Appellee Commonwealth of Pennsylvania*

JASON S. MIYARES
*Attorney General*

*s/ Tyler T. Henry*
TYLER T. HENRY (VA Bar No. 87621)
*Assistant Attorney General*
*Antitrust Unit*

4

Office of the Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 692-0485
THenry@oag.state.va.us

*Counsel for Plaintiff-Appellee*
*Commonwealth of Virginia*

5

## CERTIFICATE OF SERVICE

I certify that on May 29, 2024 this motion was served electronically via this Court's CM/ECF system on all parties.

/s/ *William T. Matlack*
WILLIAM T. MATLACK